WALTER F. DOWNEY, as Receiver of THE FIRST NATIONAL BANK AND TRUST COMPANY OF YONKERS, Respondent, *v.* ALEX. J. WHITE, INC., Appellant, Impleaded with Others. KRISTEN KRISTENSEN, as Receiver, Respondent.

Submitted March 2, 1942; decided March 11, 1942.

*Francis J. Duffy* for motion.

*Benjamin W. Moore* and *Milton L. Romm* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution. (*Klasko Finance Corp.* v. *Bellaire Holding Corp.*, 257 N. Y. 1.)